■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSE RODRIGUEZ, Appellant.— Judgment of the Supreme Court, Kings County, rendered December 11, 1967, reversed, on the law and the facts, defendant's plea of guilty vacated, indictment reinstated and case remitted to the Criminal Term for further proceedings not inconsistent herewith. Prior to the acceptance of defendant's plea of guilty, the court indicated that the sentence would be anywhere between one and a half to three years. Contrary to the understanding in conformity therewith, the sentence thereafter imposd was "Elmira Reformatory". Under the circumstances, defendant should be permitted to withdraw his plea (*People v. Emerick*, 29 A D 2d 770, and cases cited therein). Beldock, P. J., Christ, Brennan, Rabin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCISCO VEGA and MOISES ORTIZ, Appellants.— Two orders (one as to each defendant) of the Supreme Court, Kings County, both dated January 4, 1967, affirmed. No opinion. Appeal by defendant Ortiz from an order of the same court, dated February 27, 1967, which denied his motion for reargument, dismissed. The order is not appealable. Christ, Brennan, Rabin and Munder, JJ., concur; Beldock, P. J., not voting.

■ PAUL TRICARICO, Individually and as Natural Guardian of the Infant NICHOLAS TRICARICO, Appellant, v. BOARD OF EDUCATION UNITED FREE SCHOOL DISTRICT No. 9 OF ELMSFORD, Respondent, et al., Defendant.— Order of the Supreme Court, Westchester County, dated October 16, 1967, affirmed, without costs. No opinion. The infant plaintiff shall be produced at the place directed in the order under review, for the purposes directed therein, at a time specified in a written notice of not less than 10 days or at such other time as may be agreed by the parties. Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.